Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
Andre M. Mura (SBN 298541)
amm@classlawgroup.com
David M. Berger (SBN 277526)
dmb@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRITZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FIRST AMERICAN FINANCIAL CORPORATION, and FIRST AMERICAN TITLE COMPANY,<br><br>Defendants. | Case No. 8:19-cv-01009 DSF (Ex)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>Hon. Dale S. Fischer<br>Courtroom 7D |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff David Gritz hereby voluntarily dismisses his claims against Defendants without prejudice. Defendant has not served an answer or motion for summary judgment in their case, and Plaintiffs have not filed a motion for class certification. Therefore, dismissal without prejudice is appropriate without a court order. Fed. R. Civ. P. 41(a)(1) (permitting unilateral voluntary dismissal without court approval until Defendant files an answer or a motion for summary judgment); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for certified classes).

DATED: January 3, 2020          **GIBBS LAW GROUP LLP**

                                                  */s/    David M. Berger*

                                            Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
David M. Berger (SBN 277526)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone:  (510) 350-9700
Facsimile:  (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
dmb@classlawgroup.com

*Attorneys for Plaintiff and Proposed Class*